

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-94,315-01

### EX PARTE JONATHAN ADRIAN GARCIA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W16-59669-V(A) IN THE 292ND DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Applicant originally pleaded guilty to robbery and was placed on deferred adjudication community supervision for a period of five years. Later, he was adjudicated guilty and sentenced to four years' imprisonment. Applicant did not appeal his conviction. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied pre-sentence jail time credit, his continued incarceration is wrong because he has changed and has a family to support, he cannot fulfill his plans to be successful while in prison and wants a second chance, and he has learned his lesson. Applicant's claim concerning pre-sentence jail time credit is dismissed. *Ex parte Ybarra*, 149

S.W.3d 147, 148–49 (Tex. Crim. App. 2004) (the appropriate remedy for obtaining pre-sentence jail time credit is to present the issue to the trial court by way of a *nunc pro tunc* motion, and if the trial court fails to respond, to seek relief in the Court of Appeals by way of a petition for a writ of mandamus). Applicant's remaining claims are without merit and are denied. Accordingly, this application is denied in part and dismissed in part. *Ex parte Deeringer*, 210 S.W.3d 616, 617–18 (Tex. Crim. App. 2006).

Filed: November 23, 2022
Do not publish